IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15 mj 19

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| CHAD GOSNELL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** came on before the undersigned pursuant to a Motion to Dismiss (#11) filed by the Government. It appears that the attorney for Defendant has been consulted and has no objection to the motion and the motion will be allowed.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Motion to Dismiss (#11) is **ALLOWED** and the charges against Defendant are ordered to be **DISMISSED**.

Signed: May 28, 2015

Dennis L. Howell
United States Magistrate Judge

1